UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA RANGE SIX,  Civil Action No. 1:12-CV-0340

    Plaintiff,  Hon. Hugh W. Brenneman, Jr.
       U.S. Magistrate Judge

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED: October 5, 2012.

    /s/ Hugh W. Brenneman, Jr.
    HON. HUGH W. BRENNEMAN, JR.
    U. S. MAGISTRATE JUDGE